MICHAEL J. HEYMAN
United States Attorney

CARLY VOSACEK
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
101 12th Avenue, Room 310
Fairbanks, AK 99701
Phone: (907) 456-0245
Email: carly.vosacek@usdoj.gov

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ELIZABETH SPURGEON,<br><br>Defendant. | No. 4:26-cr-00017-RRB-SAO<br><br>COUNT 1:<br>POSSESSION WITH INTENT TO DISTRIBUTE CONTROLLED SUBSTANCES<br>Vio. of 21 U.S.C. § 841(a)(1), (b)(1)(A)(viii)<br><br>ENHANCED STATUTORY PENALTIES ALLEGATION:<br>21 U.S.C. § 851(a) |

**INDICTMENT**

The Grand Jury charges that:

COUNT 1

On or about April 3, 2026, within the District of Alaska, the defendant, ELIZABETH SPURGEON, did knowingly and intentionally possess with intent to distribute a controlled substance in violation of 21 U.S.C. § 841(a)(1), with that violation involving 500 grams or more of methamphetamine, its salts, isomers, and salts of its

isomers.

All of which is in violation of 21 U.S.C. § 841(a)(1), (b)(1)(A)(viii).

ENHANCED STATUTORY PENALTIES ALLEGATION

Before the defendant, ELIZABETH SPURGEON, committed the offense charged in Count 1, she had a final conviction for a serious drug felony – Possession with Intent to Distribute Controlled Substances, in violation of 21 U.S.C. § 841(a)(1) and (b)(1)(C), 4:22-CR-00006-001-RRB – for which she served more than 12 months' imprisonment and for which her release from any term of imprisonment related to the offense was within 15 years of the commencement of the offense charged in Count 1.

All pursuant to 21 U.S.C. § 851(a).

A TRUE BILL.

s/ Grand Jury Foreperson
GRAND JURY FOREPERSON

s/ Carly Vosacek
CARLY VOSACEK
Assistant U.S. Attorney
United States of America

s/ Michael J. Heyman
MICHAEL J. HEYMAN
United States Attorney
United States of America

DATE: September 16, 2026